**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CYNTHIA D. FADZEN, ADMINISTRATRIX OF THE ESTATE OF ROBERT S. FADZEN, JR., | : | No. 132 WAL 2019 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.